# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| **DRE Health Corporation,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 4:21-cv-00936-RK |
| | ) |
| **Two Canoes, LLC,** | ) |
| | ) |
| **Defendant.** | ) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff DRE Health Corporation ("DRE"), voluntarily dismisses this case under Fed. R. Civ. P. 41(a)(1)(A)(i) and states as follows:

1. Two Canoes, LLC has not filed an answer or a motion for summary judgment in this matter.

2. DRE has not previously dismissed any federal or state court action based on or including the same claim.

WHEREFORE, Plaintiff DRE Health Corporation, pursuant Fed. R. Civ. P. 41(a)(1)(B), voluntarily dismisses this action *without prejudice*, with each party to bear its own costs, fees and expenses.

Dated: December 2, 2022.

Respectfully Submitted,

**JAMES SOBBA, LLC**

By /s/ *G. Edgar James*
G. Edgar James MO #49585
4435 Main Street, Suite 910
Kansas City, MO 64111
Telephone: (816) 623-0544
ejames@jamessobba.com

AND

**JONES DAY**

Adam W. Wiers, Esq. (Pro Hac Vice)
77 West Wacker, Suite 3500
Chicago, Illinois 60601-1692
Telephone: (312) 269-4078
Facsimile: (312) 782-8585
Email: awwiers@jonesday.com

**ATTORNEYS FOR PLAINTIFF
DRE HEALTH CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ G. Edgar James*_____
Attorney for Plaintiff DRE Health Corporation

2